

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

August 31, 2015

Dwight Lee Looney
#01978124
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

RE:     Court of Appeals Number:   02-15-00021-CR
                                   02-15-00022-CR
                                   02-15-00023-CR
        Trial Court Case Number:   1314609D
                                   1324319D
                                   1324321D

Style:   Dwight Lee Looney
         v.
         The State of Texas

Dear Mr. Looney:

On July 10, 2015, your attorney, M. Shawn Matlock, filed a motion to withdraw as attorney on appeal and a brief supporting that motion in the above cause. In these documents, your attorney has certified that in his opinion any appeal of your conviction would be wholly frivolous and without merit. You indicated that you wish to continue this appeal pro se. This letter is to inform you of the date by which your pro se response to the *Anders* brief must be filed.

Your pro se response to the *Anders* brief in the above styled cause must be filed on or before **Friday, October 30, 2015**. If you do not file your brief on or before **Friday, October 30, 2015**, this court will assume that you do not intend to file a brief. The State will then have 30 days to respond. Once the State files its brief, if any, we will consider your appeal.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Shoshanna Cordova, Deputy Clerk

cc:

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201

M. Shawn Matlock
The Matlock Law Firm, P.C.
777 Main St., Ste. 600
Fort Worth, TX 76102

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402